UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLY G. ASEMANI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GOVERNMENT OF THE )<br>ISLAMIC REPUBLIC OF IRAN, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1435 (RMC)<br><br>D.C. Cir. No. 07-7145 |

ORDER

Having considered Plaintiff's application to proceed on appeal *in forma pauperis* and supporting documents, it is hereby

**ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* on appeal is **GRANTED**.

**SO ORDERED.**

Date: January 2, 2008

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge